United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 18-10058-elf
Tanya Orguidia Vazquez                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2                 Date Rcvd: Jul 10, 2018
                              Form ID: pdf900             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
```
db            #+Tanya Orguidia Vazquez,    4023 Glendale Street,    Philadelphia, PA 19124-5319
14036397        15 McLeland Road,    15 McLeland Road,    Saint Cloud, MN 56303
14057718       +Granite State Management & Resources,    on behalf of the U.S. Department of Educ,   PO Box 3420,
                 Concord NH 03302-3420
14036399       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14036400       +New Hampshire Higher Ed/Granite State Mg,    Attn: Bnakruptcy,    4 Barrell Court,
                 Concord, NH 03301-8543
14036401       +Nora Viggiano, Esq.,    KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
14036404       +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14105485       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14036406       +US Bank, National Association,    211 North Front Street,    PO Box 15057,
                 Harrisburgm PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 11 2018 02:23:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2018 02:23:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2018 02:23:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14124295        E-mail/Text: megan.harper@phila.gov Jul 11 2018 02:23:31     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14036398       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Jul 11 2018 02:23:01
                 Full Service Network,    600 Grant Street, Floor 30,    Pittsburgh, PA 15219-2709
14072781        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2018 02:23:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14036402       +E-mail/Text: blegal@phfa.org Jul 11 2018 02:23:19     PA Housing Finance Agency,    PO Box 8029,
                 Harrisburg, PA 17105-8029
14036403       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 11 2018 02:23:04      PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
14053225       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 11 2018 02:23:04      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14036407       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 11 2018 02:23:01
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 10
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14036405*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: Philadelphia Water Department,    Municipal Services Building,
                 1401 JFk Blvd.,    Philadelphia, PA 19102)
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Jul 10, 2018
                               Form ID: pdf900             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Tanya Orguidia Vazquez bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tanya Orguidia Vazquez | : | |
| Debtor(s) | : | Bky. No.   18-10058-elf |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 Bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall, (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to the Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Date:    7/10/2018

_____
ERIC L. FRANK
CHIEF U.S. BANRUPTCY JUDGE